# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-487-FDW-DCK

| | |
|---|---|
| CRESCENT COMMUNITIES II, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEVEL OFFICE MANAGEMENT, LLC, ) | |
| d/b/a NOVEL COWORKING, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Kiran H. Mehta, concerning Michael D. Hobbs, Jr. on October 29, 2019. Michael D. Hobbs, Jr. seeks to appear as counsel *pro hac vice* for Plaintiff Crescent Communities, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Michael D. Hobbs, Jr. is hereby admitted *pro hac vice* to represent Plaintiff Crescent Communities, LLC.

**SO ORDERED**.

Signed: October 30, 2019

David C. Keesler
United States Magistrate Judge