**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-487-FDW-DCK**

| | |
|---|---|
| CRESCENT COMMUNITIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| LEVEL OFFICE MANAGEMENT, LLC, | ) |
| d/b/a NOVEL COWORKING, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) filed by Kiran H. Mehta, concerning John M. Bowler on January 9, 2020. John M. Bowler seeks to appear as counsel *pro hac vice* for Plaintiff Crescent Communities, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) is **GRANTED**. John M. Bowler is hereby admitted *pro hac vice* to represent Plaintiff Crescent Communities, LLC.

**SO ORDERED**.

Signed: January 9, 2020

David C. Keesler
United States Magistrate Judge