# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-487-FDW-DCK

| | |
|---|---|
| CRESCENT COMMUNITIES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LEVEL OFFICE MANAGEMENT, LLC, d/b/a NOVEL COWORKING, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 23) filed by Kiran H. Mehta, concerning Lindsay Mitchell Henner on January 9, 2020. Lindsay Mitchell Henner seeks to appear as counsel *pro hac vice* for Plaintiff Crescent Communities, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 23) is **GRANTED**. Lindsay Mitchell Henner is hereby admitted *pro hac vice* to represent Plaintiff Crescent Communities, LLC.

**SO ORDERED**.

Signed: January 9, 2020

David C. Keesler
United States Magistrate Judge