**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| CRESCENT COMMUNITIES, LLC, | ) |
| | ) CIVIL ACTION NO.: 3:19-cv-487 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LEVEL OFFICE MANAGEMENT, LLC, | ) |
| d/b/a NOVEL COWORKING, | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff/Counter Defendant Crescent Communities, LLC and Defendant/Counter Claimant Level Office Management, LLC, d/b/a Novel Coworking, through their respective counsel of record, that the above-captioned action, including all claims, defenses, and counterclaims, be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties request that the Court retain jurisdiction to enforce the terms of their settlement agreement.

With respect to fees and costs that have been incurred in connection with the above-captioned action, each party agrees to bear its own fees and costs

[SIGNATURE BLOCK ON NEXT PAGE]

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP | TREGO, HINES & LADENHEIM, PLLC |
| By: */s/John M. Bowler*<br>Kiran H. Mehta<br>North Carolina Bar No. 11011<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>301 S. College Street, Suite 3400<br>Charlotte, NC 28202<br>Tel: (704) 998-4050<br>Fax: (704) 998-4051<br>kiran.mehta@troutman.com<br><br>John M. Bowler,<br>Admitted Pro Hac Vice<br>Georgia Bar No. 071770<br>Michael D. Hobbs Jr.,<br>Admitted Pro Hac Vice<br>Georgia Bar No. 358160<br>Lindsay Mitchell Henner,<br>Admitted Pro Hac Vice<br>Georgia Bar No. 232310<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>600 Peachtree Street, N.E., Suite 3000<br>Atlanta, Georgia 30308-2216<br>Tel: (404) 885-3000<br><br>john.bowler@troutman.com<br>michael.hobbs@troutman.com<br>lindsay.henner@troutman.com<br><br>*Attorneys for Plaintiff/Counter Defendant Crescent Communities, LLC* | By: */s/ Matthew J. Ladenheim*<br>Matthew J. Ladenheim<br>N.C. Bar No. 29309<br>mjl@thlip.com<br>10224 Hickory Hill Avenue<br>Suite 202<br>Huntersville, NC 28078<br>704-599-8911 (Tel.)<br>704-464-1084 (Fax)<br><br>*Attorneys for Defendant/Counter Claimant Level Office Management LLC d/b/a Novel Coworking* |

DATED: January 21, 2021